# COMPOSITE EXHIBIT 1

# Exhibit 1A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-071-013**
**Effective Date of Registration:**
August 13, 2016

---

## Title

**Title of Work:**  Kraken Cane

## Completion/Publication

**Year of Completion:**  2011
**Date of 1st Publication:**  October 31, 2011
**Nation of 1st Publication:**  United States

## Author

**•  Author:**  michael locascio
**Author Created:**  sculpture
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  michael locascio
160 blue hill ave, fair lawn, NJ, 07410, United States

## Rights and Permissions

**Name:**  michael locascio
**Email:**  michael@dellamorteco.com
**Telephone:**  (201)315-5359
**Address:**  160 blue hill ave
fair lawn, NJ 07410 United States

## Certification

**Name:**  michael locascio
**Date:**  August 13, 2016

---

**Copyright Office notes:**  Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 2







# Exhibit 2A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Laura Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-044-401**
**Effective Date of Registration:**
December 06, 2016

---

## Title

**Title of Work:** dryad statue

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 10, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** michael locascio
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** michael locascio
160 blue hill ave, fair lawn, NJ, 07410, United States

## Rights and Permissions

**Name:** michael locascio
**Email:** michael@dellamorteco.com
**Telephone:** (201)315-5359
**Address:** 160 blue hill ave
fair lawn, NJ 07410 United States

## Certification

**Name:** michael locascio
**Date:** December 06, 2016

---







# Exhibit 3A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-151-487**
**Effective Date of Registration:**
November 15, 2018

## Title

Title of Work: green man

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: October 22, 2018
Nation of 1st Publication: United States

## Author

- Author: michael locascio
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: michael locascio
160 blue hill ave, fair lawn, NJ, 07410, United States

## Rights and Permissions

Name: michael locascio
Email: michael@dellamorteco.com
Telephone: (201)315-5359
Address: 160 blue hill ave
fair lawn, NJ 07410 United States

## Certification

Name: michael locascio
Date: November 15, 2018







# Exhibit 4A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-352-248**
**Effective Date of Registration:**
March 17, 2023
**Registration Decision Date:**
June 23, 2023

---

## Title
Title of Work:  tree vase

## Completion/Publication
Year of Completion:  2015
Date of 1st Publication:  March 17, 2015
Nation of 1st Publication:  United States

## Author
Author:  michael locascio
Author Created:  sculpture
Citizen of:  United States

## Copyright Claimant
Copyright Claimant:  michael locascio
160 blue hill ave, fair lawn, NJ, 07410

## Rights and Permissions
Name:  michael locascio
Email:  michael@dellamorteco.com
Telephone:  (201)315-5359
Address:  160 blue hill ave
fair lawn, NJ 07410

## Certification
Name:  Michael Locascio
Date:  March 17, 2023





