UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
LOCASCIO, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
:
-against- : 25 Civ. 8923 (AKH)
:
CHAOCHEN FASHION ET AL., :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS, Plaintiff filed, on October 30, 2025, a motion seeking a temporary restraining order and preliminary injunction to enjoin Defendants from alleged copyright infringements; and Plaintiff represents no physical address for Defendants can be found;

Service in the regular manner being impractical, it is ordered that Plaintiff shall make alternative service pursuant to N.Y. C.P.L.R. § 308 and Fed. R. Civ. P. 4 by the best means reasonably available to provide notice; including by email addresses associated with Defendants. Such service shall be made by 1:00 p.m. today, October 31, 2025.

Such notice shall advice that Plaintiff's motion for a temporary restraining order will be heard at 2:30 p.m. on November 3, 2025, in Courtroom 14D of the Daniel Patrick Moynihan U.S. Courthouse.

SO ORDERED.

Dated:  October 31, 2025
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge