UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:25-CV-08923

MICHAEL LOCASCIO,

           Plaintiff,

v.

CHAOCHEN FASHION, *et al.*,

           Defendants.

### [~~Proposed~~] ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of of Voluntary Dismissal, ECF No. [13], filed on October 31, 2025. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice.**

DONE AND ORDERED in Chambers at New York, NY, this **3** day of **November** 2025.

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE